STATE OF NEW JERSEY v. DANIEL GARDNER, JR.

July 1, 1970. Petition for certification denied.

EDWARD GRANT TAYLOR v. STATE OF NEW JERSEY, DEPARTMENT OF CIVIL SERVICE.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. MONTE CARLOS DE BREASCUISSE.

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES E. HICKMAN.

July 1, 1970. Petition for certification denied.

PETITION OF NEW JERSEY NATURAL GAS COMPANY TO HAVE RELE, INC. AND/OR REDI-FLO CORPORATION OF NEW JERSEY, ADJUDGED A PUBLIC UTILITY.

July 1, 1970. Petition for certification denied. (See 109 N. J. Super. 324.)

STATE OF NEW JERSEY v. LEE HILL.

July 1, 1970. Petition for certification dismissed as moot.